650

*Sumner Ford,* and *Edward A. Craighill, Jr.,* for petitioner. *Mr. Chauncey I. Clark* for respondent.

No. 264. M. & T. Trust Co. *v.* Export Steamship Corp. October 9, 1933. Petition for writ of certiorari to the Supreme Court of New York denied. *Messrs. Ellis H. Gidley* and *Ray M. Stanley* for petitioner. *Mr. Lyman M. Bass* for respondent.

No. 236. Southern Cities Distributing Co. *v.* Texarkana et al. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. William H. Arnold, William H. Arnold, Jr.,* and *David C. Arnold* for petitioner. *Messrs. Benjamin E. Carter* and *Willis B. Smith* for respondents.

No. 237. Lidstrom, Administrator, *v.* Spongberg, Administrator. October 9, 1933. Petition for writ of certiorari to the Supreme Court of Minnesota denied. *Mr. Michael B. Hurley* for petitioner. *Mr. Samuel A. Anderson* for respondent.

No. 238. Bourne *v.* Commissioner of Internal Revenue. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Louis M. Bourne, pro se. Solicitor General Biggs, Mr. Sewall Key,* and *Miss Helen R. Carloss* for respondent.